UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

In the Matter of KENNETH GRIBETZ,
an Attorney and Counselor-at-Law.

　　　　　　　　　　　Respondent.

-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 31 2005 ★
BROOKLYN OFFICE

MC-05-0118 (ERK)

ORDER

The respondent having furnished this Court with a Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York, Second Department, it is hereby

ORDERED that the respondent be and hereby is reinstated to practice as an attorney and counselor-at-law in this Court and that respondent's name be restored to the Roll of Attorneys of this Court.

The Clerk is directed to mail a copy of this order and close the within action.

　　　　　　　　　　　s/Edward R. Korman
　　　　　　　　　　　Edward R. Korman, Chief Judge
　　　　　　　　　　　and Chairman of the Committee on
　　　　　　　　　　　Grievances, E.D.N.Y.

Dated:　　Brooklyn, New York
　　　　　May 23, 2005